Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. ONI JONES                                           Docket No. 99-00007-011

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Oni Jones, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 21st day of May 2001, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm.
- The defendant shall participate in a program of testing and treatment for substance abuse as directed by the Probation Office, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, not to exceed the actual costs. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall pay a special assessment of $100.

<u>05-21-01</u>:    Conspiracy to Possess With Intent to Distribute in Excess of 50 Grams of Cocaine Base; 60 months' custody of the Bureau of Prisons; 5 years' supervised release.
<u>11-01-05</u>:    Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that urine specimens obtained from the releasee on March 13, 16, 20, 23, and 27, 2006, have tested positive for either methamphetamine/amphetamine, cocaine, or a combination of both. In addition, the releasee has provided false information concerning employment, has failed to obtain or maintain employment, and has failed to report to the Probation Office as directed. The releasee admits to the use of drugs and the other reported violations. On April 3, 2006, the releasee signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Time of Supervision, in which she agreed to the following modification of supervision: The releasee shall be placed on home confinement for a period of up to 150 days. During this time, the defendant shall remain at her place of residence except for employment and other activities approved in advance by the probation officer. At the direction of the probation officer, the defendant shall wear an electronic device and shall observe the rules specified by the Probation Department.

U.S.A. vs. ONI JONES
Docket No. 99-00007-011
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee shall be placed on home confinement for a period of up to 150 days, under the afore mentioned conditions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ April 13, 2006 _____

_____
David J. Conde
U.S. Probation Officer

_____
Gerald R. Buban
Supervising U.S. Probation Officer

Place:    Erie, PA

ORDER OF COURT

Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case.

_____
Senior U.S. District Judge